IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEANTE GHOLSTON,     *

        Plaintiff,     *

v.     Case No. 5:23-cv-00079-TES-CHW

    *

COMMISSIONER TIMOTHY C. WARD, et al.,     *

        Defendants.     *

## J U D G M E N T

Pursuant to this Court's Order dated August 16, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of August, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk